# United States Court of Appeals
## For the First Circuit

No. 08-2578

UNITED STATES OF AMERICA,

Appellee,

v.

JESUS GONZALEZ,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on June 23, 2010, is amended as follows:

On page 11, line 19, insert "the" before "police."